UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

TERRY HUNTER,                          )
                                       )
              Plaintiff,               )
       vs.                             )   No. 1:06-cv-111-SEB-JMS
                                       )
DARYL TEMPLETON, et al.,               )
                                       )
              Defendants.              )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment are **granted** and that the plaintiff take nothing by his complaint.

Date: 04/09/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Craig Louis Johnson
WHONSETLER AND JOHNSON PLLC
johnson@whonsetler.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Terry Hunter
#113122
Westville Correctional Facility
P.O. Box 473
Westville, IN 46391